JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 12 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER PATRICK KITTLER, and HIFA MELISSA SMITH, <br><br> Defendants. | 1:17-CR-2061-SMJ <br><br> INDICTMENT <br><br> Ct. 1: 18 U.S.C. § 1028(a)(3) – Possession with Intent to Use Five or More False Identification Documents <br><br> Ct. 2: 18 U.S.C. § 1028A – Aggravated Identity Theft <br><br> Notice of Criminal Forfeiture |

The Grand Jury charges:

## COUNT 1

On or about September 16, 2017, in the Eastern District of Washington, the Defendants, CHRISTOPHER PATRICK KITTLER and HIFA MELISSA SMITH, did knowingly possess with intent to use unlawfully five or more false

INDICTMENT  1

identification documents, to wit, a Washington driver's license bearing a name with the initials CDM; a Washington driver's license bearing a name with the initials JJE; a Washington driver's license bearing a name with the initials DDN; a Colorado driver's license bearing a name with the initials JLC; a Washington driver's license bearing a name with the initials CDM; a Washington driver's license bearing a name with the initials RTS; a Washington driver's license bearing a name with the initials JJE; a Washington driver's license bearing a name with the initials KJG; and a Florida driver's license bearing a name with the initials SAB, and the possession of the false identification documents was in or affected interstate or foreign commerce, all in violation of Title 18, United States Code, Section 1028(a)(3), (b)(2)(B).

## COUNT 2

On or about September 16, 2017, in the Eastern District of Washington, the Defendants, CHRISTOPHER PATRICK KITTLER and HIFA MELISSA SMITH, did knowingly possess, without lawful authority, a means of identification of another person, to wit, a Washington driver's license bearing a name with the initials CDM; a Washington driver's license bearing a name with the initials JJE; a Washington driver's license bearing a name with the initials DDN; a Colorado driver's license bearing a name with the initials JLC; a Washington driver's license bearing a name with the initials CDM; a Washington driver's license bearing a

INDICTMENT                     2

name with the initials RTS; a Washington driver's license bearing a name with the initials JJE; a Washington driver's license bearing a name with the initials KJG; and a Florida driver's license bearing a name with the initials SAB, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Possession with Intent to Use Five or More False Identification Documents in violation of Title 18, United States Code, Section 1028(a)(3), knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code, Section 1028A(a)(1).

## NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5).

2. Upon conviction of the offense[s] in violation of Title 18, United States Code, Section 1028, set forth in Count 1 of this Indictment, Defendants CHRISTOPHER PATRICK KITTLER and HIFA MELISSA SMITH, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation(s); and/or pursuant to Title 18, United States Code, Section 1028(b)(5), any personal property used or intended to be used to commit the offense[s].

INDICTMENT                                  3

3. If any of the property described above, as a result of any act or omission of the Defendant(s):

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1028(g)(2) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1028(b)(5) and Title 28, United States Code, Section 2461(c).

INDICTMENT                                        4

DATED: December 12, 2017.

A TRUE BILL.

JOSEPH H. HARRINGTON
Acting United States Attorney

*[signature]*

Thomas J. Hanlon
Supervisory Assistant United States Attorney

*[signature]*

Benjamin D. Seal
Assistant United States Attorney

INDICTMENT                                    5